UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTEN ALDRED,
     Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.
an Ohio corporation,
TRANS UNION LLC, a Delaware limited liability company,
EQUIFAX INFORMATION SERVICES, LLC,
a Georgia corporation,  and
SELENE FINANCE, LP, a foreign corporation,
     Defendants.

Case No.  1:14-cv-01032-PLM
Judge Paul L. Maloney

_____

## ORDER  OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT, SELENE FINANCE, LP, ONLY

Plaintiff Kristen Aldred ("Plaintiff"), by counsel, and Defendant, Selene Finance,

LP, ("Selene"), by counsel, having filed their Stipulation of Dismissal With

Prejudice Between Plaintiff and Defendant Selene, Only,  AND THE COURT,

having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff against Selene

Finance, LP are dismissed, with prejudice.  Plaintiff and Selene shall bear their

own costs and attorney's fees.


Date: _June 1, 2015___         _/s/ Paul L. Maloney_____
                               JUDGE, United States District Court
                               Western District of Michigan